# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Devon Saddler<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    1:26-MJ- 39<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    December 12 and 19, 2024    in the county of    Hamilton    in the    Eastern    District of    Tennessee   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) | Distribution and possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit, incorporated herein.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

William C. Wise, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    02/04/2026

_____
*Judge's signature*

City and state:    Chattanooga, Tennessee      Honorable Christopher H. Steger
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:26-mj-_39_ |
| v. | ) | |
| | ) | Judge Steger |
| DEVON SADDLER | ) | |

AFFIDAVIT SUBMITTED IN
SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, DEA Special Agent, William C. Wise, being duly sworn and deposed, states as follows:

1. I, William C. Wise, am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice. I have been so employed for the past 26 years. In connection with my official DEA duties, I investigate criminal violations of the federal narcotics laws, including but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848. I have also been involved in various types of electronic and physical surveillance, and in the debriefing of defendants, witnesses, informants, and others who have knowledge of narcotics trafficking, and of the laundering and concealing of proceeds of drug trafficking. I have received specialized training in the enforcement of laws concerning the activities of narcotics traffickers including four months of DEA basic training in Quantico, Virginia as well as periodic refresher training offered by the DEA. I am currently assigned to the Chattanooga Resident Office. My current assignment involves investigations of high-level drug trafficking organizations operating in eastern Tennessee, north Georgia, and elsewhere. Prior to my employment with the Drug Enforcement Administration, I was employed as an Arlington County Police Officer for approximately 5 years and 6 months in Arlington, Virginia. As a result of my training and

Page **1** of **4**
Case 1:26-mj-00039-CHS    Document 1    Filed 02/04/26    Page 2 of 5    PageID #: 2

experience, I am familiar with how various controlled substances are used and the typical distribution and trafficking patterns generally utilized by drug dealers and traffickers.

2. Except as noted, all the information contained in this affidavit is either personally known to me or has been told to me by other law enforcement officials or cooperating defendants and informants.

3. As further detailed below, it is my belief that probable cause exists that on or about December 12, 2024, and December 19, 2024, Devon SADDLER, violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), that is, distribution and possession with intent to distribute methamphetamine.

## COOPERATING SOURCE

4. A Cooperating Source (hereinafter "the CS-1") provided reliable information to DEA and Chattanooga Police Department between approximately December 2024 and August 2025. A substantial portion of the CS's information has been corroborated by independent investigation, including controlled purchases of narcotics, consensually recorded telephone calls and consensually recorded text messages, physical surveillance, and the review of DEA documents as well as other federal, state, and local documents, interviews, and telephone record analyses. The information provided by CS-4 has resulted in the seizure of narcotics. For these reasons, I consider the CS reliable.

## DECEMBER 12, 2024

5. On December 12, 2024, agents of DEA and members of the Hamilton County Sheriff's Office narcotics team formulated plans to make a controlled purchase of methamphetamine from Devon SADDLER. On that date, CS-1 arranged to meet Devon SADDLER through a third party. Prior to the operation, CS-1 was searched for contraband with

negative results. CS-1 was then provided with pre-recorded DEA funds for the controlled purchase and monitoring/recording equipment. CS-1 departed the pre-arranged location and drove to 1098 Kinsey Drive, Chattanooga, TN, as observed by law enforcement surveillance. CS-1 was observed to enter the house and exit after several minutes.

6. Agents then met with CS-1 at a pre-arranged location and retrieved suspected methamphetamine from CS-1. DEA lab results on the substance seized from this controlled purchase showed it to be approximately 139.4 grams of methamphetamine with 94% purity for 131.0 grams of pure substance. CS-1 and CS-1's vehicle were searched for contraband with negative results. CS-1 stated that, after entering the house, CS-1 met with Devon SADDLER in the kitchen area of the residence and received the narcotics in exchange for $660.00. CS-1 advised that Devonte SADDLER and several other males were also at the residence.

**DECEMBER 19, 2024**

7. On December 19, 2024, agents of DEA and members of the Hamilton County Sheriff's Office narcotics team formulated plans to make a controlled purchase of methamphetamine from Devon SADDLER. On that date, CS-1 arranged to meet Devon SADDLER through a third party. Prior to the operation, CS-1 and CS-1's vehicle were searched for contraband with negative results. CS-1 was then provided with pre-recorded DEA funds for the controlled purchase and monitoring/recording equipment. CS-1 departed the pre-arranged location and met with the third party as observed by law enforcement surveillance. At this same time, surveillance at 1098 Kinsey Drive observed Devonte SADDLER exit the residence and walk down the street. CS-1 and the third party were then observed to drive to 1098 Kinsey Drive, Chattanooga, TN. After arriving at the residence, Devon SADDLER was observed to exit the

house and enter CS-1's vehicle. Devon SADDLER was then observed to exit the vehicle and return to the residence. CS-1 then departed.

8. Agents then met with CS-1 at a pre-arranged location and retrieved suspected methamphetamine from CS-1. DEA lab results on the substance seized from this controlled purchase showed it to be approximately 138.7 grams of methamphetamine with 82% purity for 113.7 grams of pure substance. CS-1 and CS-1's vehicle were searched for contraband with negative results. CS-1 stated that after arriving to the house, Devon SADDLER entered CS-1's vehicle and asked, "how many." Devon SADDLER then exited the vehicle, entered the residence, and returned to CS-1's vehicle. At that time, Devon SADDLER gave the methamphetamine to the third party who then placed the methamphetamine on the center console of the vehicle. CS-1 then gave Devon SADDLER $660.00 and took possession of the methamphetamine.

9. All of these events occurred in the Eastern District of Tennessee.

10. Based on the foregoing, your Affiant believes that probable cause exists that on or about December 12, 2024, and December 19, 2024, Devon SADDLER, violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), that is, distribution and possession with intent to distribute methamphetamine.

FURTHER YOUR AFFIANT SAYETH NAUGHT

William C. Wise
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me
this 4th day of February 2026.

HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE